UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff-Appellee, )<br>  vs. )<br>SHELDON KING, )<br>      Defendant-Appellant. )<br>_____ ) | NO. 1:19-cr-00062-LJO-SKO-1<br><br>ORDER FOR COPY OF TRANSCRIPT OF SEALED PROCEEDINGS |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed portion of the transcript for the hearing held on January 6, 2020 shall be unsealed as to defendant's counsel only and provided to defendant's counsel only for purposes of evaluating its relevance to potential appellate issues.

IT IS SO ORDERED.

Dated: **January 29, 2020**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE