Carlton F. Gunn
Attorney at Law
65 North Raymond Ave., Suite 320
Pasadena, CA 91103
Telephone (626) 667-9580
(E-mail: cgunnlaw@gmail.com)

Attorney for Defendant
SHELDON KING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　vs.<br><br>SHELDON KING,<br><br>　　　　Defendant-Appellant. | NO. 1:19-cr-00062-LJO-SKO-1<br><br>ORDER FOR COPY OF TRANSCRIPT OF SEALED PROCEEDINGS |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the sealed document filed at Docket #53 be unsealed as to defendant's counsel only and provided to defendant's counsel only for purposes of evaluating its relevance to potential appellate issues.

IT IS SO ORDERED.

Dated: **February 12, 2020**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE